UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SHUBHAM BASRA,

Plaintiff,

-v-

AXIOM SOLUTIONS INC. et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-3662 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendants' answer, *see* ECF No. 16, Defendants' earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot. The initial pretrial conference that was previously adjourned *sine die* is hereby RESCHEDULED for **November 10, 2026, at 9:00 a.m.** Further, the parties are reminded that the deadlines regarding the scheduling of a settlement conference with Magistrate Judge Stein and the exchange of limited discovery set forth in the Court's May 6, 2026 Order, *see* ECF No. 5, remain in effect.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

Dated: September 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge